No. D–2196. IN RE DISBARMENT OF PINGEL. Disbarment entered. [For earlier order herein, see *ante*, p. 805.]

No. D–2198. . IN RE DISBARMENT OF GRADDOCK. Disbarment entered. [For earlier order herein, see *ante*, p. 805.]

No. D–2201. IN RE DISBARMENT OF HUBERT. Disbarment entered. [For earlier order herein, see *ante*, p. 805.]

No. D–2219. IN RE DISBARMENT OF PETZ. Frederick A. Petz, of Grosse Pointe Woods, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2220. IN RE DISBARMENT OF DRAGER. Paul Drager, of Peekskill, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2221. IN RE DISBARMENT OF WALLMAN. Jay A. Wallman, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 00–509. ARONS ET AL. *v.* OFFICE OF DISCIPLINARY COUNSEL OF THE SUPREME COURT OF DELAWARE. Sup. Ct. Del. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 00–815. HERSCHAFT *v.* NEW YORK BOARD OF ELECTIONS. C. A. 2d Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 00–831. MAY *v.* HARRIS, SECRETARY OF STATE OF FLORIDA, ET AL. C. A. 11th Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari before judgment denied.

No. 00–836. BUSH *v.* PALM BEACH COUNTY CANVASSING BOARD ET AL., *ante*, p. 70. Pursuant to this Court's Rule 45.2, the Clerk is directed to issue the mandate in this case forthwith.

No. 99–10104. BROWN *v.* CALIFORNIA. Sup. Ct. Cal.; and

No. 00–5016. BROWN *v.* CALIFORNIA. Sup. Ct. Cal. Motions of petitioner for reconsideration of orders denying leave to proceed *in forma pauperis* [*ante*, p. 803] denied.